1  KAMALA D. HARRIS
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  LANCE E. WINTERS
   Senior Assistant Attorney General
4  SUSAN SULLIVAN PITHEY
   Supervising Deputy Attorney General
5  DAVID ZARMI
   Deputy Attorney General
6  State Bar No. 245636
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 576-1336
8   Fax:  (213) 897-6496
    E-mail:  David.Zarmi@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| **JOSE ROSARIO PANDURO,** | CV 13-200-MMM (JEM) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER AND RETURN TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF DAVID ZARMI** |
| v. | |
| **B. GOWER, WARDEN,** | |
| Respondent. | The Honorable John E. McDermott United State Magistrate Judge |

1  Respondent respectfully requests an extension of time until March 15, 2013, to
2  file a Motion to Dismiss or Answer to the Petition for Writ of Habeas Corpus. The
3  current due date is February 13, 2013. As set forth in the attached Declaration of
4  David Zarmi, this Application is made for good cause.

Dated: February 7, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
SUSAN SULLIVAN PITHEY
Supervising Deputy Attorney General


/s/ David Zarmi
DAVID ZARMI
Deputy Attorney General
*Attorneys for Respondent*

LA2013606931

**DECLARATION OF DAVID ZARMI**

I, David Zarmi, declare as follows:

1. I am an attorney authorized to practice in California state courts and in federal courts including the United States District Court for the Central District of California. I am a Deputy Attorney General employed in the Criminal Division of the California Department of Justice. I am preparing this declaration in support of an extension request in *Panduro v. Gower*, Case No. CV 13-200-MMM (JEM).

2. I am the primary attorney assigned to handle this case on behalf of Respondent. The due date for a Motion to Dismiss or Answer is February 13, 2013, pursuant to this Court's order dated January 16, 2013. No previous extensions of time have been requested.

3. Our office received this Court's scheduling order on January 22, 2013, and it was assigned to me on January 23, 2013. I immediately requested a copy of our office's direct appeal file, which I have not yet received, and which is necessary to drafting a response to the Petition.

4. For the foregoing reasons, I am requesting an extension of time until March 15, 2013, to file a Motion to Dismiss or Answer to the Petition for Writ of Habeas Corpus.

5. Because Petitioner is representing himself, and is in custody, I have not contacted him to determine whether he has an objection to this extension request.

I declare under penalty of perjury and the laws of the United States of America and the State of California that this declaration is true and correct.

Executed on February 7, 2013, at Los Angeles, California.

                                      /s/ *David Zarmi*
                                      DAVID ZARMI, Declarant

# CERTIFICATE OF SERVICE

Case Name: **Jose Rosario Panduro v. B. Gower, Warden**     No. **CV 13-200-MMM (JEM)**

I hereby certify that on <u>February 7, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER AND RETURN TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF DAVID ZARMI**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 7, 2013</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Jose Rosario Panduro**
**C/O 3612 W. 102nd St., #18**
**Inglewood, CA 90303**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 7, 2013</u>, at Los Angeles, California.

| J.R. Familo | /s/ J.R. Familo |
|---|---|
| Declarant | Signature |

60942473.doc