IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ROSARIO PANDURO,** <br><br> Petitioner, <br><br> v. <br><br> **B. GOWER, WARDEN,** <br><br> Respondent. | CV 13-200-MMM (JEM) <br><br> **[PROPOSED] ORDER** |

Having considered Respondent's Application for an Extension of Time, and good cause appearing, **IT IS HEREBY ORDERED** that the Application is GRANTED and that Respondent is granted until March 15, 2013, to file a Motion to Dismiss or Answer to the Petition for Writ of Habeas Corpus. The Court's original Order filed on January 16, 2013, otherwise remains in effect.

Dated: _____     _____
The Honorable John E. McDermott
United States Magistrate Judge

LA2013606931

1

# CERTIFICATE OF SERVICE

Case Name: **Jose Rosario Panduro v. B. Gower, Warden**     No. **CV 13-200-MMM (JEM)**

I hereby certify that on <u>February 7, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## [PROPOSED] ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 7, 2013</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Jose Rosario Panduro**
**C/O 3612 W. 102nd St., #18**
**Inglewood, CA 90303**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 7, 2013</u>, at Los Angeles, California.

| J.R. Familo | /s/ J.R. Familo |
|---|---|
| Declarant | Signature |

60942473.doc